UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

LORENZO CASE

                 PRISONER
 v.           CIVIL NO. 3:01CV1966 (JBA)

DAVID STRANGE
JOHN SIEMINSKI

## J U D G M E N T

This cause came on for consideration of the defendants' Motion for Judgment on the Pleadings before the Honorable Janet Bond Arterton, United States District Judge.

The Court has considered the motion and all the related papers. On February 25, 2004, the Court filed its Ruling and Order granting the motion and dismissing the plaintiff's claims.

Therefore it is **ORDERED** and **ADJUDGED** that judgment is entered in favor of the defendants and the case is closed.

Dated at Bridgeport, Connecticut this 1st day of March, 2004.

                KEVIN F. ROWE, Clerk

                By s/s Cynthia Earle
                  Cynthia Earle
                  Deputy Clerk

Entry on Docket _____